UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN WARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>AMERICAN NATIONAL STANDARDS INSTITUTE, a 501(c)(3) organization,<br><br>Defendant. | 15-CV-5486 (RA)(FM)<br><br>ELECTRONICALLY FILED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned counsel has been retained by and hereby appears on behalf of Defendant American National Standards Institute in the above-captioned action and that all papers in this action shall be served upon the undersigned at the address set forth below.

Dated: Philadelphia, Pennsylvania
       July 30, 2015

                                          Respectfully submitted,

                                        By   */s/ Michael J. Puma*
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1701 Market Street
                                        Philadelphia, PA 19103
                                        Tel:  (215) 963-5000
                                        Fax: (215) 963-5001
                                        Email: mpuma@morganlewis.com

                                        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Appearance electronically on the 30th day of July, 2015, on:

>Alisa Ann Martin
>Amartin Law, PC
>600 West Broadway, Suite 600
>San Diego, CA 92101
>(619)-308-6880
>Fax: (619)-308-6881
>Email: alisa@amartinlaw.com
>
>Todd Seth Garber
>Finkelstein Blankinship, Frei- Pearson & Garber, LLP
>1311 Mamaroneck Avenue, Suite 220
>White Plains, NY 10605
>914-298-3281
>Fax: 914-824-1561
>Email: tgarber@fbfglaw.com
>
>*Counsel for Plaintiff*

/s/ *Michael J. Puma*
Michael J. Puma