**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JORDAN WARMAN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    -against-<br><br>AMERICAN NATIONAL STANDARDS INSTITUTE, a 501(c)(3) organization,<br><br>       Defendant. | 15-CV-5486 (RA)(FM)<br><br>ELECTRONICALLY FILED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned counsel has been retained by

and hereby appears on behalf of Defendant American National Standards Institute in the

above-captioned action and that all papers in this action shall be served upon the

undersigned at the address set forth below.

Dated:  New York, New York
   July 30, 2015

           Respectfully submitted,

           By */s/ Ashley Hale*
           MORGAN, LEWIS & BOCKIUS LLP
           101 Park Avenue
           New York, New York 100178
           Tel:  (212) 309-6878
           Fax:  (212) 309-6001
           Email: ahale@morganlewis.com

           Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing

Notice of Appearance electronically on the 30th day of July, 2015, on:

Alisa Ann Martin
Amartin Law, PC
600 West Broadway, Suite 600
San Diego, CA 92101
(619)-308-6880
Fax: (619)-308-6881
Email: alisa@amartinlaw.com

Todd Seth Garber
Finkelstein Blankinship, Frei- Pearson & Garber, LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
914-298-3281
Fax: 914-824-1561
Email: tgarber@fbfglaw.com

*Counsel for Plaintiff*

/s/ *Ashley Hale*
Ashley Hale