UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| JORDAN WARMAN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL STANDARDS INSTITUTE, a 501(c)(3) organization,<br><br>           Defendant. | CASE NO: 1:15-cv-05486-RA-FM<br><br>NOTICE OF MOTION |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff will and hereby does move before the Honorable Ronnie Abrams for an order equitably tolling the FLSA statute of limitations.

This motion is based on the supporting memorandum of points and authority and declaration concurrently filed herewith, as well as the pleadings on file in this action, and upon such other matters, evidence, and arguments as may be presented to the Court before or at the hearing on this motion.

Dated: June 24, 2016

Respectfully Submitted,

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER LLP

/s/ Todd S. Garber
Todd S. Garber
tgarber@fbfglaw.com
445 Hamilton Ave., Suite 605
White Plains, NY 10601
Telephone: (914) 298-3283
Facsimile: (914) 824-1561

*This motion is denied as moot in light of my Memorandum Decision and Order issued today.*

*Maas, USMJ, 6/27/16*

{00278457}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/16

**AMARTIN LAW, PC**
ALISA A. MARTIN
alisa@amartinlaw.com
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 308-6880
Facsimile: (619) 308-6881

**SAN DIEGO COUNTY LAW OFFICES**
TRAVIS K. JANG BUSBY
tjbusby@sdlawoffices.com
2173 Salk Avenue, Suite 250
Carlsbad, California 92011
Telephone: (760) 206-3566
Facsimile: (760) 579-7319

*Attorneys for Plaintiff and the Class*

## CERTIFICATION OF SERVICE

I, Todd S. Garber, hereby certify that on June 24, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record registered with the CM/ECF system.

/s/ *Todd S. Garber*
Todd S. Garber